

**Date:**  9/9/2014

**To:**  The Honorable Robert J. Conrad, Jr.
United States District Judge

**From:**  Michael M. Bonelli
Senior United States Probation Officer

**Subject:**  Clark, Michael Lashawn
Dkt. No.  0419 3:13CR00133-1
**REQUEST TO DESTROY SEIZED PROPERTY**

---

On 12/04/1997, the defendant was sentenced pursuant to a conviction for Conspiracy to Distribute Cocaine Base (crack). The defendant was ordered to serve 175 months' imprisonment, followed by three (5) years of supervised release.  His term of supervised release commenced on 03/05/2013.  The following property was seized from the defendant during his supervision term:  1) Green Leafy Material Consistent With Marijuana, 2) Cyclobenzapine Bottle.

His term of supervised release was revoked on 02/04/2014, and he was ordered to serve a sentence of 8 months imprisonment with no further term of supervised release.  It is respectfully requested that Your Honor authorize destruction of the aforementioned items.

Thank you for your time and attention to this matter.  Please do not hesitate to contact me at 704-350-7644, should you have any questions.

---

THE COURT ORDERS:

X        Destroy Seized Property as Requested

Signed: September 9, 2014

Robert J. Conrad, Jr.
United States District Judge